IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,

        Plaintiff,

       v.                    :   Criminal Action No. 06- 01-UNA

ANDRES ABARCA-SOLIS,

        Defendant.

REDACTED

### INDICTMENT

The Grand Jury for the District of Delaware charges that:

### COUNT ONE

On or about December 22, 2005, in the State and District of Delaware, the defendant herein, ANDRES ABARCA-SOLIS, an alien and citizen of Mexico, who had been deported from the United States on or about January 8, 1998 and January 26, 2000, was found in the United States and the defendant was knowingly in the United States, and prior to the defendant's reembarkation at a place outside the United States, neither the Attorney General of the United States nor the Undersecretary for Border and Transportation Security, Department of Homeland Security, had expressly consented to the defendant's re-application for admission, in violation of Title 8, United States Code, Section 1326(a) and (b)(2).

A TRUE BILL:

Foreperson



FILED

JAN 3 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

COLM F. CONNOLLY
United States Attorney

BY: /s/ Christopher J. Burke
Christopher J. Burke
Assistant United States Attorney

Dated: January 3, 2006