

**U.S. Department of Justice**

*United States Attorney's Office*
*District of Delaware*



*Nemours Building*  (302) 573-6277
*1007 Orange Street, Suite 700*  *FAX (302) 573-6220*
*P.O. Box 2046*
*Wilmington, Delaware 19899-2046*

March 3, 2006

**VIA ELECTRONIC FILING**

The Honorable Sue L. Robinson
United States District Judge
District of Delaware
U.S. Courthouse
844 King Street
Wilmington, DE 19801

    Re:   **United States v. Andres Abarca-Solis**
            **Criminal Action No.   06-01-SLR**

Dear Judge Robinson:

     The defendant has agreed to change his plea pursuant to the enclosed, unexecuted, Memorandum of Plea Agreement. The parties respectfully request that the Court schedule a Change of Plea hearing with counsel. An original, executed Memorandum will be submitted at the Change of Plea hearing.

                                    Respectfully submitted,

                                      COLM F. CONNOLLY
                                    United States Attorney

                       BY:        /s/
                                    Christopher J. Burke
                                    Assistant United States Attorney

Enclosure

cc:    Penny Marshall, Esquire
       The Clerk of the Court