06 CR 001 SCR

6/5/2008

Dear. Sir/Madam

    I am writing you in regards of a fine I have to pay and letting you know that I will be unable to pay. I will be getting deported by Immmigration and will no longer be returning back to the United States.

    And if there are any questions you would like to asked in regards of me paying a the fine you can contact U.S.Penitentiary Lompoc to confirm my deportation. Thank you!



Respectfully
Solis Abarca#04161-015



SANTA BARBARA
CA 931 3 T
05 JUN 2008 PM

MR. SOLIS ABARCA #04161-015
UNITED STATES PENITENTIARY
3901 KLEIN BLVD.
LOMPOC, CALIF 93436

U.S.M.S. X-RAY

OFFICE OF TH
U.S. DISTRIC
LOCK BOX 18
WILMINGTON,

LEGAL-MAIL